**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SABURI BOYER, et al.,

                Plaintiffs,

                                Case No.    1:16-CV-1039

v

                                HON. JANET T. NEFF

BRYAN PUNTURO, et al.,

                Defendants.

## CONSENT ORDER OF DISMISSAL

Based upon stipulation of the parties, this action is hereby dismissed without prejudice and without costs to either party. However, this dismissal shall not operate as an adjudication on the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

BEK Law, PLC                             Moothart & Sarafa, PLC

By: _____ 2/1/17    By: _____ 1/30/17
Brace Kern                               Jonathan R. Moothart
*Attorney for Plaintiffs*                 *Attorney for Defendants*
3434 Veterans Drive                     9815 Miami Beach Rd, PO Box 243
Traverse City, MI 49684               Williamsburg, MI 49690-0243
(231) 492-0277                         (231) 947-8048
kern@law-bek.com                    jon@moothartlaw.com

**IT IS SO ORDERED.**

Dated: February 1, 2017              ___/s/ Janet T. Neff_____
JANET T. NEFF
United States District Judge